

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Scheindlin, Shira A. | 2. Court or Organization<br><br>S.D.N.Y. | 3. Date of Report<br><br>06/23/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge/active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>USDC-SDNY<br>500 Pearl Street<br>New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Justice Resource Center |
| 2. Director | Sedona Conference |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 28 A 9: 21

Scheindlin, Shira A.

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | West Services, Inc. Book Royalties | $2757.76 |
| 2. 2009 | Fordham University Law School Teaching | $1000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/09 | State University of New York |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 2/14/09-2/21/09 | Mexico | Speaker | Travel, Food, Lodging |
| 2. | American Law Institute - American Bar Ass'n | 3/26/09-3/27/09 | Philadelphia, PA | Speaker | Travel, Food, Lodging |
| 3. | American Bar Association | 4/17/09-4/23/09 | San Francisco, CA | Speaker | Travel, Food, Lodging |
| 4. | Sedona Conference | 4/29/098-5/01/09 | Sedona, AZ | Speaker | Travel, Food, Lodging |
| 5. | American Bar Ass'n | 9/24/09-9/25/09 | Chicago, IL | Speaker | Travel, Food, Lodging |
| 6. | Cornell University | 11/05/09-11/07/09 | Ithaca, NY | Law School Advisory Council Meeting | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Georgetown University | 11/11/09-11/13/09 | Washington, DC | Speaker | Travel, Food, Lodging |
| 8. | Practicing Law Institute | 12/03/09-12/07/09 | San Francisco, Calif. | Speaker | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Scheindlin, Shira A. | 06/23/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Bank of America | Mortgage on Rental Property #1, Brooklyn, NY | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Prop. #1, Kings County, NY | F | Rent | P1 | W | | | | | |
| 2. Teachers Insurance Annuity Association | G | Interest | P1 | T | | | | | |
| 3. AXA Financial | A | Int./Div. | J | T | Sold (part) | 12/4/09 | J | A | |
| 4. Wachovia Bank Deposit Sweep | | | | | Sold | 06/30/09 | J | A | |
| 5. Wells Fargo | | None | | | Buy | 06/30/09 | J | | |
| 6. Wells Fargo | | None | | | Sold | 08/03/09 | J | | |
| 7. IRA #1 | B | Dividend | M | T | | | | | |
| 8. IRA Sentinal Cap Growth Fund Class A | | None | K | T | | | | | |
| 9. IRA Sentinel MidCap Growth Class A | | None | K | T | | | | | |
| 10. IRA Sentinel Intl Equity Class A | | None | K | T | | | | | |
| 11. IRA Sentinel Small Company A | | None | K | T | | | | | |
| 12. IRA Sentinel Common Stock Class A | | None | K | T | | | | | |
| 13. IRA Sentinel Gov't. Securities Cl A | | None | K | T | | | | | |
| 14. IRA Sentinel Conservative Alloc. Class A | | None | K | T | | | | | |
| 15. College Retirement Equities Fund | | None | P1 | T | | | | | |
| 16. Supplemental and Group Retirement Annuities | D | Interest | N | T | | | | | |
| 17. Vanguard Int'l Mutual Fund | A | Dividend | J | T | Sold (part) | 6/0/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Pfizer | C | Dividend | L | T | | | | | |
| 19. | Brooklyn Federal S & L | A | Interest | J | T | | | | | |
| 20. | Brookyn Federal S & L | A | Interest | J | T | | | | | |
| 21. | Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 22. | Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 23. | Chase Manhattan Bank | A | Interest | L | T | | | | | |
| 24. | Chase Manhattan Bank | C | Interest | M | T | | | | | |
| 25. | Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 26. | Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 27. | NYS Local Gov't Assist. Corp. Series C | B | Interest | K | T | Redeemed (part) | 4/1/09 | J | | |
| 28. | Fidelity Advantage Small Cap. | | None | K | T | | | | | |
| 29. | Fidelity Advantage Mid Cap | A | Dividend | K | T | | | | | |
| 30. | IRA ACCOUNT #2 | B | Distribution | K | T | | | | | |
| 31. | NWD Var Ins Trust NVIT S&P Index Fund Cl4 | | None | J | T | | | | | |
| 32. | IRA Fidelity VIP Contrafund | | None | K | T | | | | | |
| 33. | IRA DreyfusGrowth & Income | | None | J | T | | | | | |
| 34. | IRA DWS Variable Series One | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Account #1 | | | | | | | | | |
| 36. Excelsior Directional Hedge Fund of Funds | D | Int./Div. | M | T | | | | | |
| 37. ASTON Montag & Caldwell Grth FD CL1 | A | Dividend | K | T | | | | | |
| 38. Columbia NY InterMuni BD FD CL-Z | | None | | | Sold | 4/7/09 | L | | |
| 39. Columbia DIV. INC FD CLZ | B | Dividend | L | T | | | | | |
| 40. Columbia FDS SER TR Valuae and Restructuring FD CL Z | B | Dividend | M | T | | | | | |
| 41. Columbia FDS SER TR 1 Select Opportunities FD CL Z | A | Dividend | L | T | | | | | |
| 42. Columbia FDS SER TR 1 Select LGE CAP Grth FD CL-Z | | None | M | T | | | | | |
| 43. Columbia NY Tax Exempt RES. FD (sweep Account | A | Dividend | J | T | | | | | |
| 44. Columbia NY Tax Exempt RES. FD (sweep Account | A | Distribution | J | T | | | | | |
| 45. Columbia Small Cap Gth FD | | None | L | T | Buy | 4/8/09 | K | | |
| 46. Columbia Small Cap Value FD | A | Int./Div. | L | T | Buy | 4/8/09 | K | | |
| 47. Janus Inveest. FD Enterprize* | A | Dividend | K | T | | | | | |
| 48. ARTIO Int. Eq. FD LTD. | | None | | | Sold | 4/7/09 | K | | |
| 49. Scottrade Acct. #1 | | | | | | | | | |
| 50. Barcly Bk MSCI India | | None | J | T | | | | | |
| 51. MSCI Pacific | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  MSCI South Korea | A | Dividend | J | T | | | | | |
| 53.  MSCI Mexico | A | Dividend | J | T | | | | | |
| 54.  MSCI Hong Kong | A | Dividend | J | T | Buy (add'l) | 1/5/09 | J | | |
| 55.  FTSE Xinhua China | A | Dividend | J | T | Buy (add'l) | 1/5/09 | J | | |
| 56.  SPDR Gold Trust | A | Distribution | K | T | Buy (add'l) | 1/2/09 | J | | |
| 57.  SPDR Gold Trust | A | Distribution | K | T | Buy (add'l) | 7/15/09 | J | | |
| 58.  FBR Focus Fund | | None | | | Sold | 8/14/09 | J | | |
| 59.  Brandywine Blue FD | A | Int./Div. | J | T | Buy (add'l) | 1/2/09 | J | | |
| 60.  MSCI Taiwan | | None | | | Sold | 1/5/09 | J | A | |
| 61.  Harbor Bond Fund | A | Int./Div. | J | T | | | | | |
| 62.  Long Leaf Partners Fund | A | Dividend | J | T | | | | | |
| 63.  Perritt Micro Cap FD | | None | K | T | | | | | |
| 64.  M & I Marshall and Ilsley Bank (Scoottrade sweep account) | | None | J | T | | | | | |
| 65.  Oakmark Select Fund | A | Int./Div. | J | T | Buy | 7/9/09 | J | | |
| 66.  Fairholme Fund | A | Int./Div. | J | T | Buy | 7/13/09 | J | | |
| 67.  SPDR Series trust KBWregl. B | A | Int./Div. | J | T | Buy | 7/13/09 | J | | |
| 68.  SPDR Series Trust KBWbkETF | A | Int./Div. | J | T | Buy | 7/13/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less, | B=$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. PIMCO Emerging Local Bond fund | A | Int./Div. | J · | T | Buy | 8/19/09 | J | | |
| 70. Brokerage Acct. #2 | | | | | | | | | |
| 71. Frontline LTD | A | Dividend | J | T | | | | | |
| 72. Huaneng PWR | A | Dividend | J | T | | | | | |
| 73. Windstream | A | Dividend | J | T | | | | | |
| 74. Markwest | A | Dividend | J | T | | | | | |
| 75. Ultra Financial partners | | None | | | Sold | 4/13/09 | J | | |
| 76. Boyd Gaming Corp. | | None | | | Buy | 9/3/09 | J | | |
| 77. Boyd Gaming Corp. | | None | | | Sold | 10/7/09 | J | A | |
| 78. SPDR Index SHS FDS INT.(IPF-ETF) | A | Int./Div. | J | | Buy | 8/24/09 | J | | |
| 79. MSCI Hong Kong (EWH-ETF | A | Int./Div. | J | T | Buy | 8/31/09 | J | | |
| 80. SPDR Index SHS FDS S & P China (GXC) | A | Int./Div. | J | T | Buy | 10/15/09 | J | | |
| 81. Claymore Exchange Traded Fund (TAN) | A | Int./Div. | J | T | Buy | 8/27/09 | J | | |
| 82. M & I Marshall Ilsley Bank (sweep Acc't.) | A | Int./Div. | J | T | | | | | |
| 83. IBM* | A | Dividend | | | Sold | 1/12/09 | J | A | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VIII. 43,44 , 64 and 82 .  These are just sweep accounts for cash that accumulates in a brokerage account.

Part VII Line 47; On July 6, 2009 Janus Advisor Midcap Growth Fund became Janus Investment Fund Enterprize

Part VII Line 83  The sale of IBM noted on line 20 of the 2009 report was cancelled and sold on 1/12/09

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 06/23/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544